**No. 09-7725. Demarcus Wright, Petitioner v. Troy Steele, Warden.**

561 U.S. 1050, 131 S. Ct. 46, 177 L. Ed. 2d 1136, 2010 U.S. LEXIS 5656.

August 16, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 909, 130 S. Ct. 1291, 175 L. Ed. 2d 1083, 2010 U.S. LEXIS 850.

**No. 09-8700. Eugenia B. White, Petitioner v. Fairfax County, Virginia, et al.**

561 U.S. 1050, 131 S. Ct. 47, 177 L. Ed. 2d 1136, 2010 U.S. LEXIS 5664.

August 16, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 907, 130 S. Ct. 3275, 176 L. Ed. 2d 1188, 2010 U.S. LEXIS 3955.

**No. 09-9579. Michael Izell Seals, Petitioner v. John Russell, et al.**

561 U.S. 1050, 131 S. Ct. 47, 177 L. Ed. 2d 1136, 2010 U.S. LEXIS 5672.

August 16, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 910, 130 S. Ct. 3285, 176 L. Ed. 2d 1193, 2010 U.S. LEXIS 4080.

**No. 09-9711. Thomas Clinton, Petitioner v. Gregory Brenner.**

561 U.S. 1050, 131 S. Ct. 47, 177 L. Ed. 2d 1136, 2010 U.S. LEXIS 5652.

August 16, 2010. Petition for rehearing denied.

Former decision, 561 U.S. 1028, 130 S. Ct. 3504, 177 L. Ed. 2d 1095, 2010 U.S. LEXIS 5522.

**No. 09-9740. Aaron K. Marsh, Petitioner v. Florida Department of Children and Families, et al.**

561 U.S. 1050, 131 S. Ct. 47, 177 L. Ed. 2d 1136, 2010 U.S. LEXIS 5632.

August 16, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 929, 130 S. Ct. 3329, 176 L. Ed. 2d 1228, 2010 U.S. LEXIS 4271.

**No. 09-9744. Soloman David Roberts, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

561 U.S. 1050, 131 S. Ct. 47, 177 L. Ed. 2d 1136, 2010 U.S. LEXIS 5637.

August 16, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 929, 130 S. Ct. 3329, 176 L. Ed. 2d 1228, 2010 U.S. LEXIS 4242.

**No. 09-9770. Steven R. Schmidt, Petitioner v. Froedtert Memorial Lutheran, et al.**

561 U.S. 1050, 131 S. Ct. 47, 177 L. Ed. 2d 1136, 2010 U.S. LEXIS 5673.

August 16, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 930, 130 S. Ct. 3330, 176 L. Ed. 2d 1229, 2010 U.S. LEXIS 4364.